1  HARVEY P. SACKETT (72488)
2  **SACKETT**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   548 Market Street, Suite 38822
4  San Francisco, California 94104-5401
   Telephone: (408) 295-7755
5  Facsimile:  (408) 295-7444
   Email: hps@sackettlaw.com
6
7  /as

8  Attorney for Plaintiff

9
10                          UNITED STATES DISTRICT COURT
11                          EASTERN DISTRICT OF CALIFORNIA
12                                 SACRAMENTO DIVISION
13

14  MARC A. DEMPSTER,                 )   Case No. 2:21-cv-01393-JDP (SS)
                                      )
15         Plaintiff,                 )
                                      )   STIPULATION AND ~~PROPOSED~~
16  v.                                )   ORDER
                                      )
17                                    )
    KILOLO KIJAKAZI,                  )
18  Commissioner of Social Security,  )
                                      )
19         Defendant.                 )
                                      )
20  _____    )

21

22      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

23  Plaintiff shall have a thirty (30) day extension of time until May 18, 2022, in which to e-file his

24  Motion for Summary Judgment which is due on April 18, 2022.  Defendant shall file any

25  opposition, including cross-motion, on or before July 5, 2022.  This extension is necessitated due

26  to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of

27  Appeals.  Plaintiff makes this request in good faith with no intention to unduly delay the

28  proceedings.  Defendant has no objection and has stipulated to the requested relief.

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

1

STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | Dated: April 14, 2022 | */s/HARVEY P. SACKETT* |
| 2 | | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| 3 | | MARC DEMPSTER |
| 4 | Dated: April 14, 2022 | */s/PATRICK WILLIAM SNYDER* |
| 5 | | PATRICK WILLIAM SNYDER |
| | | Special Assistant U.S. Attorney |
| 6 | | Social Security Administration |
| | | [*As authorized by email 4/14/22] |

STIPULATION AND ORDER

2

IT IS SO ORDERED.

Dated: ___April 21, 2022___  _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

3

STIPULATION AND ORDER