HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARC A. DEMPSTER, ) | Case No. 2:21-cv-01393-JDP |
| Plaintiff, ) ) | |
| v. ) ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) ) | |
| KILOLO KIJAKAZI, ) Commissioner of Social Security, ) ) | |
| Defendant. ) ) ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a fourteen (14) day extension of time until June 1, 2022, in which to e-file his Motion for Summary Judgment, which is due on May 18, 2022.  Defendant shall file any opposition, including cross-motion, on or before July 16, 2022.  This second and final extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals.  Plaintiff makes this request in good faith with no intention to unduly delay the proceedings.  Defendant has no objection and has stipulated to the requested relief.

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

1

STIPULATION AND ORDER

| | |
|---|---|
| Dated:   May 17, 2022 | /s/HARVEY P. SACKETT |
| | HARVEY P. SACKETT |
| | Attorney for Plaintiff |
| | MARC DEMPSTER |
| | |
| Dated:   May 17, 2022 | /s/PATRICK WILLIAM SNYDER |
| | PATRICK WILLIAM SNYDER |
| | Special Assistant U.S. Attorney |
| | Social Security Administration |
| | [*As authorized by email 5/17/22] |

STIPULATION AND ORDER

2

IT IS SO ORDERED.

Dated:   May 17, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

3

STIPULATION AND ORDER