1  PHILLIP A. TALBERT
   United States Attorney
2  PETE THOMPSON
   Acting Regional Chief Counsel
3  Oscar Gonzalez de Llano
   Special Assistant United States Attorney
4          Social Security Administration
           160 Spear Street, Suite 800
5          San Francisco, CA 94105
           Telephone: (510) 970-4818
6          Email: Oscar.Gonzalez@ssa.gov
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARC A. DEMPSTER, | No. 2:21-cv-01393-JDP |
|---|---|
| Plaintiff, | |
| v. | STIPULATED MOTION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from July 16, 2022, to September 14, 2022. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete Defendant's response to Plaintiff's Motion for Summary Judgment given the current due date. As

this Court no doubt knows, Social Security case filings in federal court increased significantly in the past year. The increased filings, compounded by COVID-related delays in transcript production and attorney attrition, have resulted in an increased workload and competing deadlines. Counsel for Defendant currently has twelve (12) merit briefs currently due in district court cases over the next 30 days and fourteen (14) merit briefs in 30 to 60 days. Counsel recently returned from scheduled leave July 7, 2022 – July 12, 2022 and will be on leave for two weeks in August. Given this current workload and leave schedule an extension until September 14, 2022 should provide an opportunity for the undersigned Counsel for Defendant to complete the response to Plaintiff's Motion for Summary Judgment. Furthermore, a reassignment of this matter to another staff attorney is currently not tenable given the high volume of cases that all of our limited staff (due to leave and resignations) is handling. Counsel apologizes to the Court for any inconvenience caused by this delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: July 13, 2022          By:   *s/ Oscar Gonzalez de Llano*
                                   OSCAR GONZALEZ DE LLANO
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant


Respectfully submitted,

Attorney for Plaintiff

DATE: July 13, 2022          By:   *s/ Harvey Peter Sackett* *
                                   Harvey Peter Sackett
                                   Sackett & Associates
                                   (*as authorized by email)

## ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including September 14, 2022, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: __July 18, 2022__

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE