HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC A. DEMPSTER,<br><br>　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 2:21-cv-01393-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a twenty-one (21) day extension of time until October 27, 2022, in which to e-file his Reply to Defendant's Cross Motion for Summary Judgment, which is currently due on October 6, 2022. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court, the Northern District of California, and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:   September 28, 2022         */s/HARVEY P. SACKETT*

1

STIPULATION AND ORDER

HARVEY P. SACKETT
Attorney for Plaintiff
MARC DEMPSTER

Dated:   September 28, 2022          */s/OSCAR GONZALEZ DE LLANO*
OSCAR GONZALEZ DE LLANO
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 9/28/22]

ORDER

IT IS SO ORDERED.

Dated:   October 4, 2022          _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

2

STIPULATION AND ORDER